UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

RICHARD C. LYNN,                          )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        Case No. 1:08CV28 SNLJ
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of Social Security,          )
                                          )
            Defendant,                    )

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reverse and

Remand, [Doc. No. 20].  The Motion is well taken.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is

reversed and remanded under Sentence 4 of 42 U.S.C. § 405(g).

A separate judgment in accordance with this Order is entered this same date.

Dated this  day of January, 2009.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE